DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FELIX PERNETT,**
Appellant,

v.

**AMERICAN AIRLINES INC.,** and **TWU LOCAL 568 MIAMI, FL.,**
Appellees.

No. 4D17-318

[September 20, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 50-2013-CA-002695-XXXXMB.

Felix Pernett, Greenacres, pro se.

Mark Richard and Christina S. Gornail of Phillips, Richard, & Rind, P.A., Miami, for appellee TWU Local 568 Miami, FL.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***